## ACKER v. STATE.
### No. 26742.

Court of Criminal Appeals of Texas.
Dec. 9, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense or unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment is assessed at a fine of $200.

The record is before us without a statement of facts or bills of exception. Therefore, nothing is presented for review.

The judgment is affirmed.